IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flores, Sergio A

Printed: 1/15/08

Case Number: 07 B 00677
Judge: Squires, John H
Filed: 1/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 5, 2007
Confirmed: April 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,150.00 |  |
| Secured: |  | 2,210.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 774.00 |
| Trustee Fee: |  | 165.74 |
| Other Funds: |  | 0.00 |
| Totals: | 3,150.00 | 3,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 774.00 | 774.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 14,586.59 | 2,210.26 |
| 4. | EMC Mortgage Corporation | Secured | 23,239.46 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 4,773.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 700.97 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 1,128.54 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 2,626.23 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 81.54 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 740.08 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 660.33 | 0.00 |
| 12. | National Capital Management | Unsecured | 2,795.84 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 88.15 | 0.00 |
| 14. | Amex | Unsecured |  | No Claim Filed |
| 15. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 16. | Harris Bank | Unsecured |  | No Claim Filed |
| 17. | Fairlane Credit L.L.C. | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
| 19. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 20. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 21. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | Union Planters Mortgage | Unsecured |  | No Claim Filed |
| 24. | Triad Financial Services | Unsecured |  | No Claim Filed |
| 25. | Universal Card Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Flores, Sergio A | Case Number:  07 B 00677 |
| | Judge:  Squires, John H |
| Printed:  1/15/08 | Filed:  1/16/07 |

```
                                          _____        _____
                                          $ 52,194.73       $ 2,984.26
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 34.98 |
| 5.4% | 130.76 |
| | _____ |
| | $ 165.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_